UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 08 CR 50031 |
| vs. | ) Violation: Title 18, United States Code, |
| | ) Sections 922(g)(1) and 924(e) |
| CURTIS F. BOX | ) |

The FEBRUARY 2008 GRAND JURY charges:

On or about June 14, 2008, at Rockford, in the Northern District of Illinois, Western Division,

CURTIS F. BOX,

defendant herein, previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, namely:

a Rohm, model RG-10, .22 caliber revolver, serial number 485807,

which possession was in and affecting commerce in that the firearm had previously been transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).



FILED

JUL 01 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

## FORFEITURE ALLEGATION

The FEBRUARY 2008 GRAND JURY further charges:

1. The allegations contained this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in the foregoing Indictment,

CURTIS F. BOX,

defendant herein, shall forfeit to the United States, pursuant to Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) is a Rohm, model RG-10, .22 caliber revolver, serial number 485807 and ammunition;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

2

No.: 08 CR 50031

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

CURTIS F. BOX

## INDICTMENT

Violation(s): Title 18, United States Code, Sections 922(g)(1) and 924(e)



A true bill

_____
Foreman

Filed in open court this _____ day of July, A.D. 2008

_____
Clerk

Bail, $_____

FILED
JUL 01 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court