**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

JUL 0 1 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | No. 08 CR 50031 |
| | ) | Magistrate Judge P. Michael Mahoney |
| CURTIS F. BOX | ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name: Curtis F. Box
Date of Birth: 2/21/1964
Sex: Male
Race: Black

has been and now is, in due form and process of law, detained at the following institution:

WINNEBAGO COUNTY JAIL.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Western Division of the Northern District of Illinois with a violation of Title 18, United States Code, Section 922(g)(1), and is now wanted in such division and district on Monday, July 7, 2008, at 11:00 a.m., for arraignment before Magistrate Judge P. Michael Mahoney.

1

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

Kim R. Widup
United States Marshal
Northern District of Illinois
211 S. Court Street
Rockford, Illinois 61101

Richard Meyers, Sheriff
Winnebago County Jail
650 West State Street
Rockford, Illinois 61102

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, that CURTIS F. BOX be returned forthwith to said institution from which he was brought.

Respectfully submitted,

PATRICK J. FITZGERLAD
United States Attorney

By: _____
MICHAEL F. IASPARRO
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois 61101
(815) 987-4444