# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 50031 | DATE | July 1, 2008 |
| CASE TITLE | | USA VS CURTIS F. BOX | |

**MOTION:** [In the following box (a) indicate the party filing the motion. e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDINGS

**DOCKET ENTRY:**

The Grand Jury for the February 2008 Session, a quorum being present, returns the above-entitled indictment in open Court this date before HONORABLE JUDGE P. MICHAEL MAHONEY

Arraignment set for July 7, 2008 at 11:00 am.

USA's petition for writ of habeas corpus ad prosequendum returnable before Judge Mahoney on Monday, July 7, 2008 is granted. Clerk's Office to issue writ.

Grand Jury for the February 2008 Session,

By: _____ Foreperson.

United States Attorney: Michael Iasparro

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | **FILED** | | |
| | Notified counsel by telephone. | JUL 0 1 2008 | date docketed | |
| ✓ | Docketing to mail notices. | MAGISTRATE JUDGE P. MICHAEL MAHONEY | docketing deputy initials | |
| | Mail AO 450 form. | United States District Court | | |
| | Copy to judge/magistrate judge. | | date mailed notice | |
| | GG | courtroom deputy's initials | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |