FILED
JUL 01 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 50031 |
| vs. ) | Magistrate Judge P. Michael Mahoney |
| ) | |
| CURTIS F. BOX ) | |

## ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name:　　　　　Curtis F. Box
Date of Birth:　2/21/1964
Sex:　　　　　 Male
Race:　　　　　Black

has been and now is, in due process of law, incarcerated in the following institution:

WINNEBAGO COUNTY JAIL,

and that said defendant is charged in the above-captioned case with a violation of Title 18, United States Code, Section 922(g)(1), and that said defendant should appear in this case in the United States District Court at Rockford, Illinois on Monday, July 7, 2008, at 11:00 a.m., for arraignment before Magistrate Judge P. Michael Mahoney.

IT IS THEREFORE ORDERED that the following persons:

Kim R. Widup　　　　　　　　　　　　　Richard Meyers, Sheriff
United States Marshal　　　　　　　　　Winnebago County Jail
Northern District of Illinois　　　　　　　650 West State Street
211 S. Court Street　　　　　　　　　　 Rockford, Illinois 61102
Rockford, Illinois 61101

1

bring or cause to be brought before this Court, at said time on said date, in the Federal Courthouse in Rockford, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
P. MICHAEL MAHONEY
United States District Court Judge

DATED at Rockford, Illinois
this 1st day of July, 2008