## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50031 - 1 | **DATE** | 7/7/2008 |
| **CASE TITLE** | USA vs. CURTIS BOX | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appears in response to writ. Paul Gaziano appointed as counsel. Defendant enters plea of not guilty to indictment. Defendant informed of rights. 16.1 conference to be held by and financial affidavit due by July 14, 2008. Defendant's oral motion for time to August 18, 2008 to file pretrial motions is granted. USA's oral motion for the time of July 7, 2008 to and including August 18, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for August 18, 2008 at 11:30 am. USA moves for detention. Detention hearing set for July 9, 2008 at 11:00 am. Enter order of temporary detention.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|