# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

(REV-5/98)

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)
IN THE CASE OF

FOR

FILED
AT
JUL 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): **CURTIS F. BOX**

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony   ☐ Misdemeanor

DOCKET NUMBERS
Magistrate:
District Court: **08 CR 50031**
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
Name and address of employer: **ON DISABILITY**
IF YES, how much do you earn per month? $ **0 WHILE I.C.**
IF NO, give month and year of last employment. How much did you earn per month? $ **$575.00 MTH/SSI**
If married is your Spouse employed? ☐ Yes  ☐ No  **SEPERATED FROM WIFE**
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
☒ SEPARATED OR DIVORCED
Total No. of Dependents: **2**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | UTILITIES / PHONE | $ | $ 120.00 |
| | COURT FINES | $ | $ 75.00 |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **07/08/08**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Curtis Box*