# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50031 - 1 | **DATE** | 8/18/2008 |
| **CASE TITLE** | USA vs. CURTIS F. BOX | | |

**DOCKET ENTRY TEXT:**

Status hearing held. No pretrial motions have been filed. Counsel report defendant ready for transfer. Defendant is transferred to Judge Kapala. Status hearing set before Judge Kapala for August 22, 2008 at 9:00 am.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|